UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62330-CIV-COHN/STRAUSS

PAULA ANDREA COLLINS,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND REMANDING TO COMMISSIONER

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 28] ("Report") submitted by United States Magistrate Judge Jared M. Strauss regarding Plaintiff's Motion for Summary Judgment [DE 24] and Defendant's Motion for Summary Judgment [DE 25] (collectively, the "Motions"). The Court has reviewed the Motions, the Report, and the record in this case, and is otherwise advised in the premises. The Court notes that no objections to the Report have been filed, and the deadline for doing so has passed.

In her Motion for Summary Judgment, Plaintiff raised two issues, the first regarding the Administrative Law Judge's ("ALJ") evaluation of the medical opinion evidence and the second regarding the ALJ's evaluation of Plaintiff's subjective complaints. See DE 24. In the Commissioner's Motion for Summary Judgment, she argues that the ALJ's decision should be affirmed. See DE 25. In the Report, Judge Strauss concludes that Plaintiff's Motion should be granted in part and that the matter

should be remanded to the Commissioner for further administrative proceedings, and that Defendant's Motion should be denied.

First, with respect to the ALJ's evaluation of the medical opinion evidence, Judge Strauss found that the ALJ's decision to reject Dr. Ilene Kaskel's opinion regarding Plaintiff's ability to perform basic menial work is not supported by substantial evidence. DE 28 at 12-13.  Additionally, Judge Strauss concluded that the ALJ should have explained why she did not include any limitation regarding Plaintiff interacting with the public and found it unclear which part of Dr. Kaskel's opinion the ALJ discounted with respect to adaptive functioning.  Id. at 13-14.  Finally, Judge Strauss found that the ALJ did not sufficiently explain her basis for finding Dr. Joseph Carver's opinions consistent with the record.  Id. at 15-16.  In regard to Plaintiff's second issue, that the ALJ erred in evaluating Plaintiff's subjective complaints, Judge Strauss concluded that the ALJ's decision to discount Plaintiff's subjective complaints is supported by the record.  Id. at 16-19.

The Court agrees with Judge Strauss's analysis and conclusions and adopts the Report in full.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 28] is **ADOPTED** in its entirety;
2. Plaintiff's Motion for Summary Judgment [DE 24] is **GRANTED in part**;
3. Defendant's Motion for Summary Judgment [DE 25] is **DENIED**;
4. This matter is hereby **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation; and

5. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of February, 2022.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Magistrate Judge Jared M. Strauss
Counsel of record via CM/ECF